LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
441-4888
State Bar #063214

ATTORNEYS FOR:   Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>CHARLES LITTLEJOHN<br><br>Defendant, | No. CR. S-02-368 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING FROM NOVEMBER 4, 2005 TO DECEMBER 2, 2005. |

**ORDER**

This matter having come on before me pursuant to the stipulation of the parties and good cause appearing therefore,

IT IS ORDERED THAT: the Sentencing Hearing now set for November 4, 2005, at 9:00 am is vacated and the matter set for a Sentencing Hearing on December 2, 2005, at 9:00 am

DATED: November 1, 2005                           /s/ Garland E. Burrell, Jr.
                                                  GARLAND E. BURRELL, JR.
                                                  United States District Judge

/ / /

1