**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr.
Chief United States District Judge
Sacramento, California

RE:   **Charles LITTLEJOHN**
         **Docket Number:   2:02CR00368-01**
         **PERMISSION TO TRAVEL**
         **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel on a Caribbean cruise that includes some stops in United States territories, as well as foreign ports.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 14, 2006, the releasee was sentenced for the offense of 18 USC 152, 2 - Bankruptcy Fraud, Aiding and Abetting (Class D Felony).

**Sentence imposed:**  36 months Probation; $2,000 Fine, $100 Special Assessment.

**Dates and Mode of Travel:**  The offender is requesting to leave on December 9, 2007, and return on December 17, 2007.

**Purpose:**  The releasee is getting married and he is requesting to travel to the Caribbean for his honeymoon.

RE:   **Charles LITTLE JOHN**
      **Docket Number:   2:02CR00368-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                              Respectfully submitted,


                              /s/Lori V. Clanton
                           **LORI V. CLANTON**
                    **Senior United States Probation Officer**

**DATED:**       November 13, 2007
                 Sacramento, California
                 LVC/cp


**REVIEWED BY:**       /s/Dayna D. Ward for _____
                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

=====================================================================

**ORDER OF THE COURT:**

Approved ____X_____          Disapproved _____

Dated:  November 21, 2007

                        _____
                        GARLAND E. BURRELL, JR.
                        United States District Judge

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG